# IN THE UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
Case No. 25-3097

ANGELIINA LYNN LAWSON,
Respondent-Appellant,

v.

JONATHAN DAVID LAWSON,
Petitioner-Appellee.

---

## MOTION TO SUPPLEMENT THE APPELLATE RECORD PURSUANT TO FRAP 10(e) IN SUPPORT OF EMERGENCY MOTION FOR RELIEF UNDER FRAP 8

COMES NOW, the Appellant, Angeliina Lynn Lawson, appearing pro se and ADA-qualified, and respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 10(e)(2), to supplement the appellate record with material evidence of post-remand retaliation, ADA-based coercion, and jurisdictional misrepresentation by Appellee's state court counsel. These materials are directly relevant to and in further support of Appellant's Motion for Emergency Relief Pending Appeal filed on June 9, 2025.

## I. SUPPLEMENTAL EVIDENCE
Appellant seeks to add as Exhibits A, B, C, D, and E the following evidence:

- Exhibit A: Email dated June 18, 2025, sent by BreAnne Hendricks Poe, counsel for Jonathan Lawson, containing a direct threat of financial retaliation and a false claim that the case is 'back before Judge Godderz' despite the pending federal appeal.

- Exhibit B: Email dated June 17, 2025, from Appellant to Ms. Poe, which shows Appellant's good-faith effort to address Jonathan Lawson's nonpayment of court-ordered visitation fees. This correspondence directly precedes the retaliatory email submitted as Exhibit A.

- Exhibit C: Court-stamped filing titled 'Notice of Custodial Interference, Family Law Noncompliance, and Judicial Record Preservation' submitted to Anderson County District Court on June 9, 2025, by Appellant, formally documenting the father's noncompliance and judicial failure to enforce reunification orders (clerk mailed a copy arrive June 13).

- Exhibit D: Anderson County Docket entries showing continued rulings, orders, and motions by Judge Godderz and opposing counsel filed after the May 6, 2025 federal removal and May 30, 2025 appeal to the Tenth Circuit. Demonstrates ongoing jurisdictional violations.

- Exhibit E: Signed filing of NOTICE OF DOCKET MANIPULATION, NON-SERVICE, AND DEMAND FOR RECORD PRESERVATION REGARDING GAL WITHDRAWAL ORDER (INDEX #51). Appellant's June 18, 2025 filing documenting the continued failure of the Anderson County clerk to provide timely access to court filings. Includes specific allegation regarding the backdating and non-service of the GAL withdrawal order (Index #51), which prejudiced the ability to file a timely objection.

## II. RELEVANCE TO ISSUES ON APPEAL

This evidence is directly relevant to the following:

1. Whether Appellee, including his privately retained counsel, engaged in ongoing and escalating retaliation against an ADA-protected and indigent litigant in direct response to protected federal filings and accommodations requests;
    a. Whether state court judicial officers and court-appointed actors, including the Guardian ad Litem, coordinated with opposing counsel to obstruct Appellant's federally protected parenting access through procedural manipulation, denial of services, and misrepresentation of jurisdiction;

b. Whether Appellee's action to continue denial of Appellant's parenting access, unjustified financial coercion, and suppression of case records reflect a pattern of civil rights deprivation occurring during the pendency of this appeal, undermining the supremacy and jurisdiction of this Court under federal law;

These materials go to the heart of Appellant's claims under 42 U.S.C. § 1983, 42 U.S.C. § 12132, 42 U.S.C. § 12203, and support the emergency injunctive relief request previously filed. These actions, taken together, also begin to establish a pattern of coordinated obstruction and financial coercion that supports Appellant's broader civil rights and retaliation claims, and, if substantiated, may rise to the level of a civil enterprise under 18 U.S.C. § 1962.

All five exhibits reflect events occurring after the Notice of Appeal was filed on May 30, 2025, and are therefore directly relevant to this Court's jurisdiction over retaliation and ADA violations during the pendency of the appeal.

## III. REQUEST FOR RELIEF

Appellant respectfully requests this Court:

1. GRANT this Motion and permit supplementation of the record with Exhibits A-E;

2. Accept these materials as part of the official record on appeal under FRAP 10(e);

3. Consider this evidence in support of Appellant's Motion for Emergency Relief.

Respectfully submitted,                          Dated: June 18, 2025

ANGELIINA LYNN LAWSON

Pro Se Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2025, I caused a true and correct copy of the foregoing Motion to Supplement the Appellate Record with attached Exhibits A- E to be served via mail upon:

Jonathan Lawson
Petitioner/Appellee

And filed electronically with the Clerk of the Court for the Tenth Circuit using the Court's electronic case filing system (ECF).



ANGELIINA LYNN LAWSON
Pro Se Appellant

 Gmail

# Notice of failure to pay supervised visits

Tue, Jun 17, 2025 at 2:03 PM

To: breanne@breannepoelaw.com

Good afternoon Ms. Poe, your client has not paid the Layne Project for his part of the supervised visits as ordered by Judge Godderz.

1) He owes Thursday June 12th at $130 and Monday June 16th at $130 = total $260. When will this be paid?

2) He cancelled Monday June 2nd visit and refused to provide Layne Project with another day for an entire week postponing it to Thursday 12th. He has been in a regular habit of cancelling last minute and rescheduling delays without doctor notes or given any reasons. He is not showing he can co-parent.

I will need a response to be assured that you will handle this matter and correct the lapse in payment and compliance.

--

**Angeliina Lynn Lawson**
Pro Se Litigant | ADA-Protected Party | Federal Civil Rights Plaintiff

NOTICE: This communication constitutes formal notice under ADA Title II and Title III (42 U.S.C. § 12132) and anti-retaliation protections under 42 U.S.C. § 12203(b). It is being preserved as part of ongoing federal proceedings under 42 U.S.C. § 1983 and civil RICO investigations under 18 U.S.C. §§ 1961–1968. Unauthorized disclosure, suppression, or surveillance of this communication or its routing metadata may constitute spoliation of evidence, discriminatory interference, or obstruction of justice under federal law. All emails and accommodations sent or received are subject to preservation orders and may be used in federal filings, including discovery actions, civil complaints, and FOIA/KORA litigation.



## Notice of failure to pay supervised visits

**BreAnne Poe** <breanne@breannepoelaw.com>                    Wed, Jun 18, 2025 at 3:25 PM
To: █████████████████████████████

Ms. Lawson,

My client is currently without funds in order to pay for the supervision of fees. You have filed so many claims against my client causing him to waste money on attorneys to defend himself against you, he just does not have the extra money to pay for supervision.  Now that the case is back before Judge Godderz, I will put a motion on file to have you paying for the entirety of your supervised parenting time.

As I also understand it, my client has not unnecessarily cancelled parenting time.

BreAnne

*BreAnne Hendricks Poe*

427 S. Main St.

Ottawa, Kansas 66067

(785) 241-1459



CONFIDENTIAL INFORMATION: This message is sent by a law firm and may contain information that is privileged  or confidential and is intended for the person named. If you received this transmission in error, please immediately notify the sender by reply email and delete the message and any attachments.   If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Any unauthorized dissemination, disclosure, copying, distribution or use of emails or attachments sent by this firm in error is strictly prohibited.

**From:** █████████████████████████████
**Sent:** Tuesday, June 17, 2025 2:04 PM

**To:** BreAnne Poe <breanne@breannepoelaw.com>
**Subject:** Notice of failure to pay supervised visits

Good afternoon Ms. Poe, your client has not paid the Layne Project for his part of the supervised visits as ordered by Judge Godderz.

1) He owes Thursday June 12th at $130 and Monday June 16th at $130 = total $260. When will this be paid?

2) He cancelled Monday June 2nd visit and refused to provide Layne Project with another day for an entire week postponing it to Thursday 12th. He has been in a regular habit of cancelling last minute and rescheduling delays without doctor notes or given any reasons. He is not showing he can co-parent.

I will need a response to be assured that you will handle this matter and correct the lapse in payment and compliance.

--

**Angeliina Lynn Lawson**
Pro Se Litigant | ADA-Protected Party | Federal Civil Rights Plaintiff

████████████████████████      ████████

NOTICE: This communication constitutes formal notice under ADA Title II and Title III (42 U.S.C. § 12132) and anti-retaliation protections under 42 U.S.C. § 12203(b). It is being preserved as part of ongoing federal proceedings under 42 U.S.C. § 1983 and civil RICO investigations under 18 U.S.C. §§ 1961–1968. Unauthorized disclosure, suppression, or surveillance of this communication or its routing metadata may constitute spoliation of evidence, discriminatory interference, or obstruction of justice under federal law. All emails and accommodations sent or received are subject to preservation orders and may be used in federal filings, including discovery actions, civil complaints, and FOIA/KORA litigation.

Exhibit C

IN THE DISTRICT COURT OF ANDERSON COUNTY, KANSAS
FOURTH JUDICIAL DISTRICT

**Filed by
FAX**   Index # 52   Case No. 2020-DM-131

JONATHAN DAVID LAWSON,
Petitioner

and

ANGELIINA LYNN LAWSON,
Respondent

## NOTICE OF CUSTODIAL INTERFERENCE, FAMILY LAW NONCOMPLIANCE, AND JUDICIAL RECORD PRESERVATION

COMES NOW the Respondent, ANGELIINA LYNN LAWSON, appearing pro se and in forma pauperis, and enters this notice solely to preserve an official record for pending federal review, civil rights litigation, and appeal under 28 U.S.C. § 1443, currently before the Tenth Circuit Court of Appeals.

This filing does not seek affirmative relief from the Anderson County District Court, as Respondent maintains that this forum has proven incapable of providing a fair hearing, access to the courts or enforcing fundamental rights under state or federal law.

## I. CUSTODIAL INTERFERENCE BY PETITIONER

Since September 17, 2024, Petitioner JONATHAN LAWSON has:

- Refused to pay his court-ordered share of supervised visitation fees through the Layne Project;
- Repeatedly canceled or obstructed court-authorized visitation with the child;
- Informed the Layne Project that he would no longer comply with fee requirements, thereby triggering imminent suspension of all reunification services;
- Created a scenario in which the child's relationship with Respondent is being severed solely due to Petitioner's willful noncompliance.

These actions constitute custodial interference under K.S.A. 21-5409 and stand in direct violation of Kansas's statutory mandate to facilitate

reunification and preserve parent-child relationships under K.S.A. 23-3203 and 23-3401.

## II. COURT'S FAILURE TO ENFORCE FAMILY LAW AND DUE PROCESS

Respondent asserts that the Court has:

- Failed to enforce parenting time orders and visitation agreements;
- Allowed Petitioner to violate reunification conditions without sanction or remedy;
- Permitted financial obstruction to function as de facto termination of parental rights;
- Facilitated a reunification environment that punishes the indigent parent for the noncompliant Petitioner;
- Maintained a pattern of hostility, procedural bias, and judicial collusion involving opposing counsel and Guardian ad Litem Andrew Bolton, in violation of K.S.A. 23-3214, 23-3401, and constitutional due process under the Fourteenth Amendment.

These failures represent not merely error but systemic noncompliance with Kansas law and family court obligations. The record reflects intentional delay, suppression of evidence, denial of ADA accommodations, and unequal access and treatment of a disabled, indigent litigant.

## III. FEDERAL PRESERVATION UNDER 28 U.S.C. § 1443

Respondent has removed this case to federal court under 28 U.S.C. § 1443(1) and the matter is currently under review before the United States Court of Appeals for the Tenth Circuit. This filing preserves key factual evidence for:

- Demonstrating state court's refusal to enforce equal civil rights;
- Establishing a record of retaliatory and discriminatory acts obstructing Respondent's federally protected access to her child;
- Supporting claims under:
  - 42 U.S.C. § 1983 (civil rights violations),
  - 42 U.S.C. § 12132 (ADA Title II discrimination),
  - K.S.A. 21-5409 (custodial interference),
  - and K.S.A. 23-3401 (parenting time enforcement).

As such, this notice shall serve as part of the evidentiary record now under federal jurisdiction, and Respondent reserves all rights to assert these claims in ongoing appellate and federal proceedings.

## IV. NON-WAIVER CLAUSE

This filing does not constitute a waiver of Respondent's federal rights, nor a submission to this Court's jurisdiction over any issue currently before the federal courts. It is filed only for record preservation pursuant to 28 U.S.C. § 1446(d) and federal notice doctrines under Rule 201, Fed. R. Evid.

Respectfully submitted,                          Date: June 9, 2025

Angelina Lynn Lawson
Pro Se Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, a true and correct copy of the attached filing entitled "NOTICE OF CUSTODIAL INTERFERENCE, FAMILY LAW NONCOMPLIANCE, AND JUDICIAL RECORD PRESERVATION" will be served via email to the following individuals once clerk provides filed copy:

· Breanne Poe, Counsel for Jonathan Lawson
  Email: breanne@breannepoelaw.com

·  Clerk, Anderson County District Court (for docket preservation)

· This certificate is filed to preserve notice and procedural fairness.

Respectfully submitted,

Angeliina Lynn Lawson
Pro Se Petitioner

CLERK OF THE DISTRICT COURT
ANDERSON COUNTY
PO Box 305
Garnett, KS 66032-0305

11 JUN 2025 PM 3 L

NEOPOST
06/10/2025
US POSTAGE $000.69⁰
ZIP 66032
041L04 56839
FIRST CLASS MAIL

Received June 13, 2025
Fax Filed
Index #52

66048-373114

**Public Portal Family Type Case**

## Case Summary

🔒 **Case No. 2020-DM-000131**

| | | | | |
|---|---|---|---|---|
| **In the Matter of the Marriage of Jonathan David Lawson** | § | | Location: | **Anderson County** |
| **vs Angeliina Lynn Lawson** | § | | Judicial Officer: | **Godderz, Eric W** |
| | § | | Filed on: | **09/02/2020** |

---

Case Information

---

**Statistical Closures**
11/10/2020  Settled Without Judical Conf or Hearing

Case Type: DM Marriage Dissolution/Divorce
Case Status: **11/10/2020   Post Judgment**

---

Case Information

Party Information

---

**Petitioner**   **Lawson, Jonathan David**



**Poe, Breanne Christine Hendricks**
*Retained*

**Respondent**   **Lawson, Angeliina Lynn**        Pro Se

---

Case Events

---

| | |
|---|---|
| 09/01/2020 | INF: Information (Generic) |
| | *JUDGES NOTES* |
| 09/02/2020 | PLE: Petition |
| | *Petition for Divorce PLE: Petition* |
| 09/02/2020 | INF: Information (Generic) |
| | *Voluntary Entry of Appearance, Waiver of Answer and Waiver of Notice INF: Information (Generic)* |
| 09/02/2020 | INF: Child Support Worksheet - No Judge Signature Requested |
| | *Child Support Worksheet INF: Child Support Worksheet - No Judge Signature Requested* |
| 09/02/2020 | INF: Parenting Plan |
| | *Proposed Parenting Plan INF: Parenting Plan* |
| 09/02/2020 | AFF: Affidavit (Generic) |
| | *Domestic Relations Affidavit of Jonathan Lawson AFF: Affidavit (Generic)* |
| 09/02/2020 | AFF: Affidavit (Generic) |
| | *Domestic Relations Affidavit of Angeliina Lawson AFF: Affidavit (Generic)* |
| 09/02/2020 | INF: Trial Exhibit |
| | *Property Settlement Agreement INF: Exhibit* |
| 09/02/2020 | AFF: Affidavit (Generic) |
| | *Affidavit of Angeliina Lawson AFF: Affidavit (Generic)* |
| 09/02/2020 | MOT: Motion (Generic) |
| | *Motion to Withdraw MOT: Motion (Generic)* |
| 11/04/2020 | MOT: Motion (Generic) |
| | *Motion to Withdraw* |

| Date | | |
|---|---|---|
| 11/09/2020 | ORD: Decree<br>*Decree of Divorce* | |
| 11/09/2020 | ORD: Withdraw<br>*Order to Withdraw as Counsel of Record* | |
| 05/18/2023 | INF: Entry of Appearance<br>*Entry of Appearance (D. Schowengerdt)* | |
| 07/13/2023 | MOT: 28-179 - Modify Motion<br>*Motion to Modify and Enforce*<br>Party:   Respondent Lawson, Angeliina Lynn<br>*Motion to Modify and Enforce* | |
| 07/13/2023 | INF: Trial Exhibit<br>*Exhibit A*<br>Party:   Respondent Lawson, Angeliina Lynn<br>*Exhibit A* | |
| 07/18/2023 | NOT: Notice - No Sheriff Service Required<br>*Notice of Hearing (August 10, 2023, at 9:30am)* | |
| 08/07/2023 | INF: Entry of Appearance<br>*Entry of Appearance (Breanne Poe)* | |
| 09/18/2023 | PLE: Response - Answer<br>*Petitioner's Response to Respondent's Motion to Modify and Enforce* | |
| 11/15/2023 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | |
| 12/13/2023 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | |
| 01/08/2024 | INF: Entry of Appearance<br>*Entry of Appearance (Jennifer Spangler)* | |
| 01/08/2024 | MOT: Motion (Generic)<br>*Motion for Continuance* | |
| 02/07/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | |
| 02/22/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | |
| 03/25/2024 | INF: Trial Exhibit<br>*Updated Exhibit A $3,366.16- Spangler* | |
| 03/25/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | |
| 03/27/2024 | NOT: Notice - No Sheriff Service Required<br>*Notice of Submission pursuant to Rule 133* | |
| 03/27/2024 | MOT: Motion (Generic)<br>*Motion to Withdraw* | |
| 03/29/2024 | MOT: Motion (Generic)<br>*Motion to Enforce and Motion to supplement* | Index # 1 |
| 03/29/2024 | MOT: Motion (Generic)<br>*Motion to Modify Custody, Parenting time, and Support* | Index # 2 |
| 03/29/2024 | MOT: Appoint - Guardian Ad Litem<br>*Motion for Appointment of Guardian Ad Litem* | Index # 3 |
| 03/29/2024 | NOT: Notice - No Sheriff Service Required<br>*Certificate of Service of Interoggs and Rfpd* | Index # 4 |
| 07/15/2024 | INF: Information (Generic)<br>*Certificate of Service* | Index # 5 |
| 07/15/2024 | INF: Information (Generic) | Index # 6 |

*Certificate of Service*

| | | |
|---|---|---|
| 07/15/2024 | AFF: Affidavit (Generic)<br>*Domestic Relations Affidavit* | Index # 7 |
| 07/15/2024 | MOT: Response<br>*Petitioner's Response to Respondent's Motion to Modify Custody, Parenting Time* | Index # 8 |
| 07/15/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 9 |
| 07/26/2024 | ORD: Appoint Guardian Ad Litem<br>*Order Appointing Guardian Ad Litem (D. Lawson - 2010)* | Index # 10 |
| 07/29/2024 | MOT: Motion (Generic)<br>*Emergency Motion to Suspend Parenting Time and Sole Legal Custody* | Index # 11 |
| 08/01/2024 | INF: Entry of Appearance<br>*Substitution of Counsel (Breanne Poe)* | Index # 12 |
| 08/08/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 13 |
| 08/28/2024 | INF: Entry of Appearance<br>*Entry of Appearance (Ronald P. Wood)* | Index # 15 |
| 08/28/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 14 |
| 08/29/2024 | MOT: Motion (Generic)<br>*Motion for Emergency Ex Parte Temporary Orders* | Index # 16 |
| 09/19/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 17 |
| 09/21/2024 | ORD: Order (Generic)<br>*Temporary Orders* | Index # 18 |
| 09/27/2024 | ORD: Withdraw<br>*Order To Withdraw (Daniel Schowengerdt)* | Index # 19 |
| 10/03/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 20 |
| 10/07/2024 | MOT: Motion (Generic)<br>*Motion to Change Venue* | Index # 21 |
| 10/29/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 22 |
| 11/20/2024 | ORD: Order (Generic)<br>*Journal Entry Regarding 10-29-24 Hearing* | Index # 23 |
| 11/21/2024 | MOT: Motion (Generic)<br>*Motion for Payment of Guardian Ad Litem Fees* | Index # 24 |
| 12/12/2024 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 25 |
| 12/31/2024 | MOT: Transcript<br>*Request for Transcripts* | Index # 26 |
| 02/19/2025 | MOT: Motion (Generic)<br>*Motion for Psychological Test* | Index # 27 |
| 02/24/2025 | MOT: Motion (Generic)<br>*Motion for Psychological Testing of Father* | Index # 28 |
| 02/26/2025 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 29 |
| 03/04/2025 | AFF: Affidavit (Generic)<br>*Affidavit filed by Respondent* | Index # 30 |
| 03/31/2025 | INF: Information (Generic) | Index # 31 |

# Case Summary

🔒 **Case No. 2020-DM-000131**

*Supervised Parenting Time Court Report*

| | | |
|---|---|---|
| 03/31/2025 | AFF: Affidavit (Generic) | Index # 32 |
| 04/14/2025 | MOT: Motion (Generic)<br>*Motion to Withdraw Attorney & Notice of Self-Representation* | Index # 33 |
| 04/21/2025 | NOT: Notice (Generic)<br>*Rule 170 Notice - Journal Entry Regarding Psychological Testing* | Index # 34 |
| 04/21/2025 | NOT: Notice (Generic)<br>*Notice & Objection to Rule 170 Filing by Non-Party GAL* | Index # 35 |
| 04/22/2025 | INF: Information (Generic)<br>*Master Notice of Federal Conflict, Retaliatory Custodial Interference, ADA Obstruction & Due Process Violations* | Index # 36 |
| 04/22/2025 | INF: Information (Generic)<br>*Supplemental to Affidavit of Angeliina Lawson* | Index # 37 |
| 04/23/2025 | MOT: Motion (Generic)<br>*Motion to Withdraw* | Index # 41 |
| 04/23/2025 | MOT: Motion (Generic)<br>*Motion to Recuse Judge Eric W Godderz & Chief Judge Taylor Wine* | Index # 38 |
| 04/23/2025 | INF: Information (Generic)<br>*Notice of Guardian Ad Litem Misconduct & Federal Escalation* | Index # 39 |
| 04/23/2025 | MOT: Motion (Generic)<br>*Motion to Transfer Venue to Johnson County, Kansas* | Index # 40 |
| 04/28/2025 | INF: Information (Generic)<br>*Notice of Noncompliance, Custodial Interference & Fraud on the Court* | Index # 42 |
| 05/05/2025 | INF: Information (Generic)<br>*Obection to Judicial Denial of Self-Represnetation & Enforced Legal Counsel* | Index # 43 |
| 05/08/2025 | INF: Correspondence<br>*Correspondence:Notice of Removal Under 28 U.S.C 1443* | Index # 44 |
| 05/08/2025 | INF: Information (Generic)<br>*CART notes from Hearing (5/08/2025)* | Index # 45 |
| 05/08/2025 | INF: Information (Generic)<br>*CR Rhonda Rhodes Wise* | Index # 46 |
| 05/13/2025 | INF: Information (Generic)<br>*Designation of Record for Federal Removal - 5:25-cv-04045* | Index # 47 |
| 05/14/2025 | ORD: Withdraw<br>*Order to Withdraw - Respondent's Counsel (Ronald Wood)* | Index # 48 |
| 05/22/2025 | MOT: Motion (Generic)<br>*Motion to Withdraw (Andrew L Bolton)* | Index # 49 |
| 05/22/2025 | MOT: Motion (Generic)<br>*Motion for Payment of GAL Fees* | Index # 50 |
| 06/06/2025 | ORD: Order (Generic)<br>*Order Permitting Withdrawal (Andrew Bolton, GAL)* | Index # 51 |
| 06/09/2025 | NOT: Notice (Generic)<br>*Notice of Custodial Interference, Family Law Non-Compliance & Judicial Record Preservation* | Index # 52 |
| 06/11/2025 | INF: Memorandum<br>*Memorandum & Order:filed in the United States District Court* | Index # 53 |

---

## Dispositions

---

11/10/2020    **Settled w/o Judicial Conf or Hearing**   (Judicial Officer: Godderz, Eric W)

| Hearings |
| --- |

08/10/2023 **Status Conference** (9:30 AM) (Judicial Officer: Godderz, Eric W)
*BY VIDEO*
*No Court Appearance Required - Hearing Not Held*

10/19/2023 **Status Conference** (9:45 AM) (Judicial Officer: Godderz, Eric W)
*BY VIDEO*
*No Court Appearance Required - Hearing Not Held*

11/15/2023 **Status Conference** (9:00 AM) (Judicial Officer: Godderz, Eric W)
*BY VIDEO*
*Hearing Held*

12/13/2023 **Status Conference** (11:30 AM) (Judicial Officer: Godderz, Eric W)
*BY VIDEO*
*Hearing Held*

01/10/2024 **Bench Trial** (1:00 PM) (Judicial Officer: Godderz, Eric W)
*IN PERSON - 2 HRS*
*Hearing Held*

02/07/2024 **Status Conference** (11:45 AM) (Judicial Officer: Godderz, Eric W)
*BY VIDEO*
*Hearing Held*

02/22/2024 **Status Conference** (2:00 PM) (Judicial Officer: Godderz, Eric W)
*BY VIDEO*
*Hearing Held*

03/25/2024 **Status Conference** (1:00 PM) (Judicial Officer: Godderz, Eric W)
*BY VIDEO*
*Hearing Held*

07/15/2024 **Bench Trial** (1:30 PM) (Judicial Officer: Godderz, Eric W)
*IN PERSON - 1/2 DAY*
*Hearing Held*

08/01/2024 **Motion** (4:30 PM)
*Hearing Held*

08/08/2024 **Status Conference** (9:30 AM) (Judicial Officer: Godderz, Eric W)
*ZOOM*
*Hearing Held*

08/28/2024 **Status Conference** (2:00 PM) (Judicial Officer: Godderz, Eric W)
*ZOOM*
*Hearing Held*

09/19/2024 **Hearing** (9:30 AM) (Judicial Officer: Godderz, Eric W)
*ZOOM*
*Hearing Held*

10/03/2024 **Status Conference** (9:45 AM) (Judicial Officer: Godderz, Eric W)
*ZOOM*
*Hearing Held*

10/29/2024 **Status Conference** (11:00 AM) (Judicial Officer: Godderz, Eric W)
*ZOOM - MOTION TO CHANGE VENUE FILED*
*Hearing Held*

12/12/2024 **Status Conference** (10:30 AM) (Judicial Officer: Godderz, Eric W)
*ZOOM*
*Hearing Held*

02/26/2025 **Motion** (10:30 AM) (Judicial Officer: Godderz, Eric W)
*ZOOM - MOTION FOR EVALUATION*
*Hearing Held*

## Case Summary

🔒 **Case No. 2020-DM-000131**

03/07/2025  **Court Review - No Appearance**  (8:00 AM)  (Judicial Officer: Wine, Taylor J)

05/08/2025  **Status Conference**  (9:00 AM)  (Judicial Officer: Godderz, Eric W)
        *ZOOM*
          *Hearing Held*

IN THE DISTRICT COURT OF ANDERSON COUNTY, KANSAS
FOURTH JUDICIAL DISTRICT

Case No. 2020-DM-000131
In the Matter of the Marriage of:

Federal Removal 5:25-cv-4045 on May 6, 2025

10th Circuit Appeal (pending) 25-3097 on June 2, 2025

JONATHAN DAVID LAWSON,

Petitioner

and

ANGELIINA LYNN LAWSON,

Respondent

## NOTICE OF DOCKET MANIPULATION, NON-SERVICE, AND DEMAND FOR RECORD PRESERVATION REGARDING GAL WITHDRAWAL ORDER (INDEX #51)

COMES NOW the Respondent, Angeliina Lynn Lawson, appearing pro se and as a qualified individual under the Americans with Disabilities Act (ADA) and blocked from accessing her own files submits this Notice of Record Tampering, Non-Service, and Demand for Preservation relating to the Order Permitting Withdrawal of Guardian ad Litem Andrew Bolton, docketed June 6, 2025 as Index #51.

## I. NOTICE OF NON-SERVICE AND PROCEDURAL VIOLATION

As of the date of this filing (June 18, 2025), I have not received any copy—by mail or certified service—of the Order entered June 6, 2025 (Index #51), titled "*Order Permitting Withdrawal (Andrew Bolton, GAL)*" or (Index #53) *Memorandum & Order: filed in the United States District Court.*

- On May 28, 2025, I received a paper copy of Indexes #49 and #50 (the GAL's Motion to Withdraw and Motion for Fees), which were filed May 22 and mailed May 23—no certified mail was used.

- On June 13, 2025, I received a paper copy of Index #52, which had been filed June 9 but delayed in mailing until June 11.
- At the time of receiving Index #52 on June 13, no Order permitting the GAL's withdrawal was included or in the docket history online, despite its alleged entry on June 6, 2025.
- Downloaded official pleadings history from the Anderson County portal at 8:39 PM on June 6, 2025, and Index #51 was not present. Nor was it present on June 13 when Index #52 arrived. It now appears, as of June 18, 2025.

This discrepancy raises serious concerns that the order may have been backdated or added to the docket without public visibility, violating my rights under K.S.A. 60-205, Supreme Court Rule 123, and due process guarantees under the Fourteenth Amendment.

## II. PREJUDICE TO PARENTAL AND CONSTITUTIONAL RIGHTS

This Order directly implicates matters related to:

- My ability to request sanctions, financial discovery, and billing transparency from the GAL prior to withdrawal;
- My ability to preserve evidence for my federal civil rights complaint and ADA retaliation claims;
- My appellate rights to raise judicial misconduct and due process violations stemming from GAL overreach, misrepresentation and fraud on the court.

To this day, I have not received any notification or copy of the Order listed as Index #51 or #53. This lack of notice invalidates the order as applied to me, and its delayed appearance on the docket is highly prejudicial and constitutes constructive fraud on the court.

## III. NOTICE OF FEDERAL APPELLATE JURISDICTION AND SUPPRESSION

I also note the Anderson County docket fails to reflect the Notice of Appeal filed on May 30, 2025, to the Tenth Circuit Court of Appeals (Appeal No. 25-3097), which was formally docketed on June 2, 2025. The omission of this critical jurisdictional record creates the false appearance that full control remains with this Court, thereby concealing the jurisdictional boundaries imposed by federal appellate review.

This misrepresentation has already caused prejudice, as evidenced by a June 18, 2025 email from opposing counsel BreAnne Poe, in which she issued intimidation threats involving financial coercion, and proud of her client violating court orders and falsely claimed the case was *"Now that the case is back before Judge Godderz,"* Her statement reflects not only a lack of experience and misunderstanding of the case's jurisdictional posture but also a continual pattern of an improper familiarity with anticipated judicial outcomes, raising continued pattern of undue influence, retaliation, judicial co-counseling with opposing counsel, and pre-hearing bias. These coordinated actions, involving misrepresentation, judicial access, and retaliatory threats across state actors and officers of the court are establishing a pattern of conduct consistent with the elements of a civil racketeering enterprise under 18 U.S.C. § 1962.

## IV. NOTICE OF OPPOSING COUNSEL'S MISCONDUCT AND PRESERVATION OF FEDERAL CLAIMS

Respondent also places into the record the formal notice of continued misconduct by opposing counsel, BreAnne Hendricks Poe, including violations of:

- Kansas Rules of Professional Conduct (Rules 3.3, 3.4, 4.4, and 8.4),
- Fraud on the court by misrepresenting jurisdictional facts and supporting retaliatory obstruction,
- ADA Title II (42 U.S.C. § 12132) and Title III (42 U.S.C. § 12182) by using disability-based poverty as grounds to deny or restrict parenting access,
- 42 U.S.C. § 12203(b) by threatening financial punishment following protected ADA advocacy,
- And initiating actions (via email on June 18, 2025) that constitute predicate acts under 18 U.S.C. § 1962(c) for a pattern of racketeering activity across judicial officers, GALs, and counsel.

These actions are now part of the record in both this court and the pending appeal under Tenth Circuit Case No. 25-3097, and are being referred to the following for further investigation:

- U.S. Department of Justice, Civil Rights Division (ADA enforcement),
- U.S. Attorney's Office for civil rights pattern review,
- Kansas Office of Disciplinary Administrator,
- Federal Bureau of Investigation.

Respondent reserves the right to seek sanctions, disqualification, civil rights damages, and treble damages under RICO (18 U.S.C. § 1964) as the pattern of retaliation and obstruction continues.

## V. RELIEF AND RECORD PRESERVATION DEMAND

I hereby request that the Court and Clerk formally:

1. Enter this Notice into the record to preserve the procedural objection;
2. Confirm the actual entry date of Index #51 and whether it was back-entered, misdated, or uploaded outside public visibility;
3. Certify the mailing date of Index #51 and Index #53, and why I was not served;
4. Acknowledge that any adverse consequences flowing from this Order are disputed as violating notice, ADA rights, and due process;
5. Preserve all internal docket edits and document metadata regarding Index #51 and #53 for federal appellate review and civil rights litigation;
6. Correct the docket to reflect that this case is now under federal appellate review, and that any jurisdictional actions taken post-removal and post-appeal are undertaken at risk of being vacated.

## CONCLUSION

I reserve all rights under:

- ADA Title II (42 U.S.C. § 12132),
- ADA anti-retaliation (42 U.S.C. § 12203),
- Civil Rights Act (42 U.S.C. § 1983), and
- Federal removal authority (28 U.S.C. § 1443 and § 1446(d)).

This notice is filed in good faith, to preserve all appellate challenges, to prevent further administrative prejudice, and to request immediate administrative correction.

Respectfully submitted,                                                  Dated: June 18, 2025

Angeliina Lynn Lawson
Pro Se | ADA-Protected Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, a true and correct copy of the attached filing entitled **"NOTICE OF DOCKET MANIPULATION, NON-SERVICE, AND DEMAND FOR RECORD PRESERVATION REGARDING GAL WITHDRAWAL ORDER (INDEX #51)"** will be served through the Clerk of the Anderson County District Court, as I do not have access to electronic court filings and receive court documents only by postal mail two weeks late.

Service to the following parties will occur via the clerk's distribution process upon docketing:

- **Breanne Poe,** Counsel for Jonathan Lawson
  Email: breanne@breannepoelaw.com
- **Clerk of the Court,** Anderson County District Court (for docket preservation and official service)

This certificate is submitted to preserve procedural fairness and federal record accuracy.

Respectfully submitted,

Angeliina Lynn Lawson
Pro Se | ADA-Protected Litigant

# Fax Confirmation

## Fax Details

Recipient:

+1 (785) 448-3230

From(Caller ID):



Send date:

Jun 18, 2025 at 20:43

Page count:

5

Points:

0.0

## Status

Send status:

Delivered

Delivered date:

Jun 18, 2025 at 20:47