FILED
United States Court of Appeals
Tenth Circuit

July 23, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

───────────────────────────────

JONATHAN DAVID LAWSON,

    Plaintiff - Appellee,

v.

ANGELIINA LYNN LAWSON,

    Defendant - Appellant.

No. 25-3097
(D.C. No. 5:25-CV-04045-JWB-TJJ)
(D. Kan.)

───────────────────────────────

**ORDER**

───────────────────────────────

This matter is before the court on Appellant's *Motion to Certify Constitutional Question to the United States Supreme Court*. The motion is referred to the panel who will decide this appeal on the merits. No ruling will issue at this time.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk