FILED
United States Court of Appeals
Tenth Circuit

August 25, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

JONATHAN DAVID LAWSON,

    Plaintiff - Appellee,

v.

ANGELIINA LYNN LAWSON,

    Defendant - Appellant.

No. 25-3097
(D.C. No. 5:25-CV-04045-JWB-TJJ)
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on Appellant's *Motion for Panel Ruling on Fraud Upon the Court and Constitutional Oversight*. The motion is referred to the panel who will decide this appeal on the merits. No ruling will issue at this time.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk