IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

Case No. 25-3097

ANGELIINA LYNN LAWSON,

Appellant,

v.

JONATHAN DAVID LAWSON,

Appellee.

NOTICE OF APPELLEE'S FAILURE TO FILE RESPONSE BRIEF OR OPPOSE PENDING MOTIONS

Appellant, Angeliina Lynn Lawson, respectfully submits this notice to inform the Court that, as of the date of this filing, Appellee Jonathan David Lawson has not filed:

1. A response brief pursuant to Tenth Cir. R. 31.1(A), despite the Appellant's Opening Brief being filed and served on July 22, 2025, making the response deadline August 21, 2025;

2. Any opposition to Appellant's Notice of Fraud Upon the Court and Preservation of Rule 60(d)(3) (Dkt. 12, filed July 11, 2025);

3. Any response to Appellant's Motion to Certify Constitutional Question to the United States Supreme Court (Dkt. 28, filed July 22, 2025); or

4. Any appearance, supplemental filing as of today, August 28, 2025.

Under Fed. R. App. P. 31(c), when an appellee fails to file a brief, the Court may proceed without hearing that party and may adjudicate the case based solely on the appellant's filings.

Accordingly, Appellant respectfully requests that this matter be deemed fully briefed and submitted on Appellant's Opening Brief alone, and that the Court proceed to consider:

- All pending motions currently referred to the merits panel, including Dkt. 12 and Dkt. 28;

- Appellant's Opening Brief (Dkt. 27); and

- Appellant's Motion for Panel Ruling on Fraud and Constitutional Oversight (Dkt. 35).

This notice is filed in good faith to preserve the appellate record, reduce delay, and support judicial economy. It is not intended to prejudice the Appellee, but rather to

acknowledge his ongoing non-participation in this appeal and the need to move forward.

Respectfully submitted, Dated: August 28, 2025

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson, Pro Se Appellant

(Contact information on record)

CERTIFICATE OF SERVICE

I certify that on August 28, 2025, I caused a true and correct copy of the foregoing Notice to be served via through the Court's ECF system upon the following:

Jonathan David Lawson

(address on record)

/s/ Angeliina Lynn Lawson

Pro Se Appellant