IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

Case No. 25-3097

---

ANGELIINA LYNN LAWSON,

Appellant,

v.

JONATHAN DAVID LAWSON,

Appellee.

---

RULE 28(j) NOTICE OF SUPPLEMENTAL AUTHORITY AND RECORD

DEVELOPMENTS

Pursuant to Fed. R. App. P. 28(j), Appellant Angeliina Lynn Lawson submits the following supplemental factual and legal developments in support of her appeal.

---

I. New Filings in Anderson County State Court (September 4, 2025)

Appellant has now filed four constitutional notices into the record of *Lawson v. Lawson*, Case No. 2020-DM-131 (Anderson County, Kansas), each of which supports the arguments raised in this appeal:

1. Notice of Non-Receipt of Orders and Docket Mislabeling – documenting suppression of filings, backdated orders, and denial of file-stamped documents, in violation of due process and ADA access rights.
2. Memorial Affirming the Right to Familial Association – asserting constitutional violations under the First, Fifth, and Fourteenth Amendments.
3. Notice of Void Orders and Contradictions in Supervised Visitation – detailing coercive control, supervised visitation under void jurisdiction, and financial retaliation designed to obstruct reunification.
4. Notice of Constitutional Duty and Demand for Clarification Regarding Grand Jury Access and Accountability – served upon the Anderson County District Attorney and Board of Commissioners, documenting the County's failure to respond to Rule 37 litigation holds, grand jury petitions, and federal oversight requests.

II. Federal Grand Jury Petition and Ongoing Civil RICO Case

Appellant's previously submitted Petition for Federal Grand Jury Investigation (dated July 17, 2025) remains under federal review. It alleges coordinated ADA

retaliation, bond fraud, court-linked financial racketeering, and spoliation of evidence—anchored in the conduct of Anderson County and the Fourth Judicial District.

The case *Lawson v. Godderz et al.*, No. 6:25-cv-01179 (D. Kan.) now reflects this escalating record and serves as a live civil RICO action arising directly from the same state-court proceedings under appeal.

---

III. Relevance to This Appeal

These recent developments provide fresh, ongoing evidence of the very misconduct Appellant raised in this appeal:

1. The denial of federal statutory and constitutional rights under color of state family court jurisdiction, without subject matter authority.
2. ADA retaliation and procedural obstruction, which independently supported federal removal under 28 U.S.C. § 1443(1).
3. Ongoing civil RICO enterprise activity, now documented in parallel federal litigation and fortified by state-court evidence and administrative inaction.
4. This submission is directly relevant to pending motions before the panel, including the Notice of Fraud Upon the Court (Dkt. 12) and the Motion to

Certify Constitutional Question (Dkt. 28), both of which have been referred for merits determination.

These facts support Appellant's arguments that the District Court's remand was in error, and that federal jurisdiction must be restored to protect Appellant's constitutional rights and to prevent continued harm through corrupted state mechanisms.

| Exhibit | Title | Date Filed | Summary |
|---|---|---|---|
| A | Notice of Non-Receipt and Docket Mislabeling | Sept 4, 2025 | Documents suppression of orders and denial of file-stamps. |
| B | Memorial on Familial Association | Sept 4, 2025 | Affirms due process and parental rights violations under constitutional law. |
| C | Notice of Void Orders & Coercion in Visitation | Sept 4, 2025 | Shows contradictions, coercion, and ADA retaliation. |

| Exhibit | Title | Date Filed | Summary |
|---|---|---|---|
| D | Notice of Constitutional Duty & Grand Jury Demand | Sept 4, 2025 | Escalates to DA and Commissioners; preserves record for grand jury. |
| E | Petition for Federal Grand Jury Investigation | July 17, 2025 | Sent to DOJ and U.S. Attorney; outlines RICO, ADA, and bond fraud schemes. |

True and correct copies of the above filings can be provided at the Court's request or submitted via supplemental appendix if so ordered.

---

Respectfully submitted,                    Dated: September 4, 2025

/s/ Angeliina Lynn Lawson

Pro Se Appellant

(Address on record)

CERTIFICATE OF SERVICE

*I certify that on September 4, 2025, the foregoing filing was submitted through the*

*Court's CM/ECF system for electronic docketing. As Appellee has made no appearance, filed no response, and is in default (see Dkt. 37), no additional service is required under Fed. R. App. P. 25 and Tenth Circuit Rule 25.3(C).*

*Jonathan David Lawson*

*(Address on record)*

/s/ Angeliina Lynn Lawson

Pro Se Appellant