UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Appeal No. 25-3097

ANGELIINA LYNN LAWSON,
Appellant

v.

JONATHAN DAVID LAWSON,

Appellee

NOTICE OF CONSTITUTIONAL STALEMATE AND RECORD OF FEDERAL

APPELLATE FAILURE RESULTING IN CONSTRUCTIVE TAKING

I. INTRODUCTION

This Notice is submitted for the dual purpose of (1) formally presenting federal claims against the United States under the Tucker Act, 28 U.S.C. § 1491, and (2) preserving the evidentiary record of an ongoing constitutional stalemate, jurisdictional paralysis, and appellate collapse currently unfolding in the United States Court of Appeals for the Tenth Circuit, Case No. 25-3097.

Despite having properly removed her underlying action to federal court under 28 U.S.C. § 1443(1), and having perfected appeal following remand, Appellant has been subjected to extreme parental alienation, judicial fraud, ADA retaliation, and deprivation of protected civil rights

under color of law, all while the Tenth Circuit has refused to rule on multiple emergency motions pending before it for over four months.

This inaction has created a jurisdictional vacuum where state actors continue to act without legal authority, interfering with a federally removed case, scheduling unauthorized hearings, and withholding Appellant's minor child in violation of the Constitution, the ADA, and federal supremacy.

II. PROCEDURAL BACKGROUND AND APPELLATE FAILURE

As of December 8, 2025, the following motions remain pending before the Tenth Circuit without ruling, notice, or administrative response:

- Dkt. 28: Motion to Certify Constitutional Question to Supreme Court (Filed July 22, 2025) – Pending 139 Days
- Dkt. 35: Motion for Fraud Upon the Court (Filed August 25, 2025) – Pending 105 Days
- Dkt. 50: Emergency Motion for Show Cause (Filed November 7, 2025) – Pending 31 Days (beyond the 5 day rule)
- Dkt. 52: Rule 27 Motion to Certify and Preserve the Evidentiary Record (Filed November 14, 2025) – Pending 24 Days
- Dkt. 54: Emergency Motion for Stay of State Proceedings (Filed November 18, 2025) – Pending 20 Days (beyond the 5 day rule)

These filings are compliant with FRAP 8(a)(2), FRAP 27, and Tenth Circuit Rule 8.2(C). The lack of any ruling even a denial has allowed the state court in Anderson County, Kansas to

proceed without jurisdiction, resulting in the de facto kidnapping of a disabled child, coercive suppression of federal rights, and psychological injury inflicted upon the Appellant and her child.

III. ONGOING FEDERAL HARM AND CONSTRUCTIVE TAKING

This silence by the federal appellate system has created irreparable harm:

- Appellant's son has been withheld for over 90 days without any lawful custody order, in direct retaliation for invoking federal removal and ADA rights and interfered in her custody since September 19, 2024 with illegal removal of child without due process.
- The state court has scheduled a December 15, 2025 hearing under a void jurisdictional framework, with no remand jurisdiction restored.
- Appellate delay has empowered former GAL misconduct, unauthorized disqualified counsel participation, and active ADA exclusion in state court.
- Appellant is being denied access to her child and to the courts simultaneously, with no avenue of recourse as the federal court delays all rulings.

This constitutes a constructive taking under the Tucker Act, where the government's inaction has permitted the unlawful seizure of parental, religious, constitutional, and federally protected interests.

IV. NOTICE OF PRESENTMENT OF FEDERAL CLAIMS UNDER THE TUCKER ACT

Appellant hereby presents claims totaling $50,000,000 against the United States for:

1. Constructive Taking of Parental Rights due to appellate inaction and failure to enforce removal jurisdiction: $15,000,000

2. Loss of Access to Federal Court / Denial of Review Under § 1443(1): $10,000,000

3. Mental and Emotional Distress from Prolonged Parental Separation: $3,500,000

4. Due Process Violation by the Tenth Circuit's Inaction on Emergency Motions: $2,500,000

5. Destruction of Religious Parenting Rights (First Amendment): $1,500,000

6. Pro Se Litigation Burden and Documentation Costs: $500,000

7. Anticipated Costs of Future Litigation (SCOTUS, RCFC, DOJ, Mandamus): $2,000,000

8. Punitive Damages for Systemic Federal Retaliation and Institutional Abandonment: $15,000,000

## V. NOTICE OF INTENT TO PETITION FOR WRIT OF MANDAMUS / CERTIORARI BEFORE JUDGMENT

Appellant respectfully notifies this Court that the record established herein will be used in a forthcoming Petition for Writ of Mandamus and/or Petition for Certiorari Before Judgment under 28 U.S.C. § 1254(1). The record of appellate paralysis, combined with active state-court usurpation of federal jurisdiction, constitutes a cert-worthy constitutional crisis involving:

- ADA Title II enforcement under § 1443(1)
- Federal appellate due process obligations
- Race-neutral constitutional interpretation trends under current SCOTUS doctrine
- Civil RICO, § 1983, and Tucker Act theory of judicial paralysis

## VI. PRAYER FOR PRESERVATION AND CERTIFICATION

Claimant requests that:

1. This Notice be entered into the record and certified for preservation.

2. The Clerk of the Tenth Circuit acknowledge receipt and formal presentment.

3. The United States Department of Justice be deemed served for purposes of formal notice.

4. No judicial actor connected to this matter take further adverse action without acknowledging this Notice.

Respectfully submitted,                                                      Dated: December 8, 2025
/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson,
Appellant Pro Se
1914 5th Avenue, Leavenworth, KS 66048
(913) 972-1661

## CERTIFICATE OF SERVICE

I certify that on this 8sth day of December 2025, a true and correct copy of the foregoing was served to all registered parties via the Tenth Circuit CM/ECF system since Defendant has defaulted, never appeared, never produced an answer.

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson